Hon. Robert B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| SUNMODO CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOLAR INNOVATIONS, INC., a Pennsylvania corporation,<br><br>Defendant, | Civil Action No. 3:16-cv-05892-RBL<br><br>STIPULATED MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br>*Noted on Motion Calendar:*<br>*May 30, 2018* |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sunmodo Corporation and Defendant Solar Innovations, Inc., hereby stipulate to the dismissal of this action in its entirety with prejudice and without costs or fees to either party.

DATED this May 30, 2018

/s/ Mark E. Beatty
MARK E. BEATTY, WSBA 37076
KURT M. RYLANDER, WSBA 27819
RYLANDER & ASSOCIATES PC
PO Box 250
Vancouver, WA 98666
Tel: (360) 750-9931
E-mail: *rylander@rylanderlaw.com*
*beatty@rylanderlaw.com*
Of Attorneys for Plaintiff

/s/ Bradford J. Axel
Bradford J. Axel (WSBA #29269)
Stokes Lawrence, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
(206) 626-6000
Fax: (206) 464-1496
bradford.axel@stokeslaw.com
Counsel for Solar Innovations, Inc.

